AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DAVID B. CLINKSCALE,**

       **Petitioner,**

       **JUDGMENT IN A CIVIL CASE**

  **v.**

       **CASE NO.  2:13-CV-0111**
**WARDEN,  LEBANON**       **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**CORRECTIONAL INSTITUTION,**       **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Respondent.**

_____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the OPINION AND ORDER filed March 11, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 11, 2015                       RICHARD E. NAGEL, CLERK

                                              _/S/ Andy F. Quisumbing_
                                              (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk